IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02622-WYD-BNB

REAL LIVING REAL ESTATE, LLC,

    Plaintiff,

v.

WHEELER REALTY COMPANY, LLC;
CAROL K. THORNTON;
ESTHER COOLEY;
LEROY O. COOLEY;
MICHAEL T. MURPHY; and
NITA GWEN MURPHY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion to Vacate October 30, 2012 Hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction filed October 29, 2012 (ECF No. 25) is **GRANTED**.  The hearing set for Tuesday, October 30, 2012, at 2:30 p.m. on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **VACATED**.

    Dated:  October 29, 2012.