IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02622-WYD-BNB

REAL LIVING REAL ESTATE, LLC,

    Plaintiff,

v.

WHEELER REALTY COMPANY, LLC;
CAROL K. THORNTON;
ESTHER COOLEY;
LEROY O. COOLEY;
MICHAEL T. MURPHY; and
NITA GWEN MURPHY,

    Defendants.

---

**PRELIMINARY INJUNCTION**

---

THIS MATTER is before the Court on Plaintiff Real Living Real Estate, LLC f/k/a GMAC Real Estate, LLC's ("Real Living") Motion for Temporary Restraining Order and Preliminary Injunction.  The motion seeks entry of a temporary restraining order or preliminary injunction against Defendants which immediately and preliminarily enjoins Defendants from any further use of Real Living's trademarks, including but not limited to the GMAC and PREMIER SERVICE marks (the "Marks").

Based upon the applicable law and the Defendant's Response to Motion for Temporary Restraining Order and Preliminary Injunction, in which Defendants do not oppose entry of a temporary restraining order or preliminary injunction, the Court finds

that Plaintiff has met its burden of establishing a need for a preliminary injunction. Accordingly, it is

ORDERED that Plaintiff Real Living's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 10) is **GRANTED** as to the request for a preliminary injunction.  Defendants are hereby **ENJOINED** from any further use of Plaintiff Real Living's Marks.  This Order shall be effective immediately.

Dated:  October 30, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE