IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02622-WYD-BNB

REAL LIVING REAL ESTATE, LLC,

    Plaintiff,

v.

WHEELER REALTY COMPANY, LLC;
CAROL K. THORNTON;
ESTHER COOLEY;
LEROY O. COOLEY;
MICHAEL T. MURPHY; and
NITA GWEN MURPHY,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

    THE COURT, having reviewed the Stipulation of Dismissal with Prejudice signed by counsel for Plaintiff and Defendants, and having reviewed its file and being fully advised in the premises, hereby

    ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 39) is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, each side to bear his, her, or its own costs and fees.

    Dated:  April 18, 2013.

                                      BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE